In the Matter of BRENDAN N., a Neglected Child. COLUMBIA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; Arthur N., Appellant. (Proceeding No. 1.)

In the Matter of JANET N. et al., Appellants, v ARTHUR N. et al., Respondents. (Proceeding No. 2.)

Submitted April 26, 2010; decided June 17, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.